GARY R. BASHAM (SBN 130119)
KELLEY S. KERN (SBN 221265)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Plaintiffs
ELK GROVE ANSWERING SERVICE, INC.,
ANNA NOTTNAGEL, RAY NOTTNAGEL,
STACEY NOTTNAGEL, STEPHANIE UECKER,
BRET UECKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELK GROVE ANSWERING SERVICE, INC.; ANNA NOTTNAGEL; RAY NOTTNAGEL; STACEY NOTTNAGEL; STEPHANIE UECKER; BRET UECKER, <br><br> Plaintiffs, <br><br> v. <br><br> KYMBER HOGGATT; CHARLES SCHINDLER; KELLI CLIFFORD; ELIZABETH SUTTER; and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No. 2:10-CV-01759-MCE-GGH <br><br> **STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND THE DEADLINE FOR FILING OF JOINT STATUS REPORT** |

Pursuant to Local Rule 143, Plaintiffs ELK GROVE ANSWERING SERVICE, INC., ANNA NOTTNAGEL, RAY NOTTNAGEL, STACEY NOTTNAGEL, STEPHANIE UECKER, BRET UECKER, and Defendants KELLI CLIFFORD, and ELIZABETH SUTTER, by and through their respective attorneys of record, Kelley S. Kern and Gary Campi, stipulate as follows:

1. Plaintiffs represent to the Court that all Plaintiffs and Defendants KYMBER HOGGATT AND CHARLES SCHINDLER have resolved this matter between them and Plaintiffs will be filing a dismissal as to those two Defendants. The matter continues as to Defendants CLIFFORD AND SUTTER.

PDF created with pdfFactory trial version www.pdffactory.com

2.   Defendants have filed a *Motion to Dismiss Complaint and All Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6), Or For a More Definite Statement* ("Motion to Dismiss") which is set to be heard by the Court on September 30, 2010.

3.   The Parties hereby stipulate to continue the hearing on Defendants' Motion to Dismiss to October 28, 2010 at 2:00 pm.  All briefing deadlines shall be set according to the new hearing date.

4.   The Court's July 8, 2010, *Order Requiring Joint Status Report* sets the filing date for the Parties' Joint Status Report at 60 days after service of the Complaint.  Such date is September 10th.

5.   The Parties further stipulate to postpone the filing of a *Joint Status Report* until two weeks after the hearing on the Motion to Dismiss, making the filing deadline November 12, 2010.

IT IS SO STIPULATED effective as of September 9, 2010.

BASHAM PARKER LLP

Dated:  September _9, 2010            /s/ Kelley S. Kern
                                     Kelley S. Kern,
                                     Attorney for Plaintiffs

LAW OFFICE OF GARY A. CAMPI

Dated:  September _9, 2010            /s/ Gary A. Campi
                                     Gary A. Campi
                                     Attorney for Defendant
                                     KELLI CLIFFORD

Dated:  September _9, 2010            /s/ Elizabeth Sutter
                                     ELIZABETH SUTTER
                                     *In Pro Per*

PDF created with pdfFactory trial version www.pdffactory.com

1

**<u>ORDER</u>**

2

Having reviewed the Stipulation of the parties, and good cause appearing:

3

IT IS HEREBY ORDERED THAT the hearing on Defendants' Motion to Dismiss

4   is continued to October 28, 2010, at 2:00 p.m.  All briefing deadlines shall be set according to the

5   new hearing date.  It is further ordered that the deadline to file a Joint Status Report shall be

6   November 12, 2010.

7

PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9   Dated:  September 14, 2010

10

MORRISON C. ENGLAND, JR

11   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                           3                    Case No. 2:10-CV-01759-MCE-GGH