1  GARY R. BASHAM (SBN 130119)
   KELLEY S. KERN (SBN 221265)
2  BASHAM PARKER LLP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone:  (916) 925-5850
4  Facsimile:  (916) 925-5854

5  Attorneys for Plaintiffs
   ELK GROVE ANSWERING SERVICE, INC.,
6  ANNA NOTTNAGEL, RAY NOTTNAGEL,
   STACEY NOTTNAGEL, STEPHANIE UECKER,
7  BRET UECKER

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 ELK GROVE ANSWERING SERVICE, INC.;          Case No. 2:10-CV-01759-MCE-GGH
   ANNA NOTTNAGEL; RAY NOTTNAGEL;
12 STACEY NOTTNAGEL; STEPHANIE
   UECKER; BRET UECKER,                        **PLAINTIFFS' SUBSTITUTION OF
13                                             ATTORNEY; ORDER**
                   Plaintiffs,
14
              v.
15
   KYMBER HOGGATT; CHARLES
16 SCHINDLER; KELLI CLIFFORD;
   ELIZABETH SUTTER; and DOES 1 through
17 10, inclusive.

18                 Defendants.

19

20         THE  COURT  AND  ALL  PARTIES  ARE  NOTIFIED  Plaintiffs  ELK  GROVE

21 ANSWERING  SERVICE,  INC.,  ANNA  NOTTNAGEL,  RAY  NOTTNAGEL,  STACEY

22 NOTTNAGEL, STEPHANIE UECKER, and BRET UECKER make the following substitution:

23         **Former Legal Representative**:      Basham Parker, LLP

24         **New Legal Representative**:         Basham Law Group

25         Gary  R.  Basham,  Basham  Law  Group,  701  University  Ave.,  Suite  220,
26
   Sacramento, California 95825, (916) 282-0841.
27

28

1    I consent to this substitution.

2    Date:  November 2, 2010                    _

3                                        _____/s/_____
                                        Anna Nottnagel, Owner
4                                        For Elk Grove Answering Service, Inc.

5

6    I consent to this substitution.

7    Date: November 2, 2010              _____/s/_____
                                        Anna Nottnagel

8    I consent to this substitution.

9    Date: November 2, 2010              _____/s/_____
10                                       Ray Nottnagel

11

12   I consent to this substitution.

13   Date: October 31, 2010              _____/s/_____
                                        Stacey Nottnagel

14

15   I consent to this substitution.

16   Date: October 29, 2010              _____/s/_____
                                        Stephanie Uecker

17

18   I consent to this substitution.

19   Date: November 1, 2010              _____/s/_____
                                        Bret Uecker

20

21   I consent to this substitution.

22

23   Date: October 28, 2010              _____/s/_____

24                                       Gary R. Basham
                                        Basham Parker, LLP

25

26

27

28

Defendants' Substitution of Attorney and
[Proposed] Order

1          I consent to this substitution.

2          Date: October 28, 2010          _____/s/_____
                                            Gary R. Basham
3                                           Basham Law Group

4               **IT IS SO ORDERED.**

5

6

7   Dated:  November 12, 2010

8                                           _____
                                            MORRISON C. ENGLAND, JR
9                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28