GARY R. BASHAM (SBN 130119)
KELLEY S. KERN (SBN 221265)
BASHAM LAW GROUP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 993-4840
Facsimile: (916) 993-4849

Attorneys for Plaintiffs
ELK GROVE ANSWERING SERVICE, INC.,
ANNA NOTTNAGEL, RAY NOTTNAGEL,
STACEY NOTTNAGEL, STEPHANIE UECKER,
BRET UECKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELK GROVE ANSWERING SERVICE, INC.; ANNA NOTTNAGEL; RAY NOTTNAGEL; STACEY NOTTNAGEL; STEPHANIE UECKER; BRET UECKER,<br><br>Plaintiffs,<br><br>v.<br><br>KYMBER HOGGATT; CHARLES SCHINDLER; KELLI CLIFFORD; ELIZABETH SUTTER; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 2:10-CV-01759-MCE-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR FILING OF JOINT STATUS REPORT** |

Pursuant to Local Rule 143, Plaintiffs ELK GROVE ANSWERING SERVICE, INC., ANNA NOTTNAGEL, RAY NOTTNAGEL, STACEY NOTTNAGEL, STEPHANIE UECKER, BRET UECKER, and Defendants KELLI CLIFFORD and ELIZABETH SUTTER, by and through their respective attorneys of record, Kelley S. Kern and Gary Campi, stipulate as follows:

1. The Court's July 8, 2010, *Order Requiring Joint Status Report* sets the filing date for the parties' Joint Status Report at 60 days after service of the Complaint. Such date was September 10th.

PDF created with pdfFactory trial version www.pdffactory.com

2.   Defendants filed a *Motion to Dismiss Complaint and All Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6), Or For a More Definite Statement* which was set to be heard by the Court on October 28, 2010.

3.   By Stipulation and Order, the Parties agreed to continue the filing deadline of the Joint Status Report to November 12, 2010, to await the ruling on Defendants' Motion to Dismiss.

4.   On October 25, 2010, the Court vacated the hearing on Defendants' Motion to Dismiss.  As of the filing of this Stipulation, the Court has not issued a ruling on the Motion.

5.   The parties hereby stipulate to postpone the filing of a *Joint Status Report* until fourteen calendar days after the Court issues its ruling on Defendants' Motion.

IT IS SO STIPULATED effective as of November 5, 2010.

BASHAM LAW GROUP

Dated:  November 10, 2010        */s/ Kelley S. Kern*_____
                                 Kelley S. Kern,
                                 Attorney for Plaintiffs

LAW OFFICE OF GARY A. CAMPI

Dated:  November 10, 2010        */s/ Gary R. Campi*_____
                                 Gary A. Campi
                                 Attorney for Defendant
                                 KELLI CLIFFORD

Dated:  November 10, 2010        */s/ Elizabeth Sutter*_____
                                 ELIZABETH SUTTER
                                 *In Pro Per*

STIPULATION AND ORDER TO CONTINUE
THE DEADLINE FOR FILING OF JOINT
STATUS REPORT                    2          Case No. 2:10-CV-01759-MCE-GGH

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Parties will file a Joint Status Report within fourteen calendar days after the Court issues its ruling on Defendants' Motion to Dismiss.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE
THE DEADLINE FOR FILING OF JOINT
STATUS REPORT                                3                    Case No. 2:10-CV-01759-MCE-GGH

PDF created with pdfFactory trial version www.pdffactory.com