```
GARY R. BASHAM (SBN 130119)
KELLEY S. KERN (SBN 221265)
BASHAM LAW GROUP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 993-4840
Facsimile: (916) 993-4849
```

Attorneys for Plaintiffs
ELK GROVE ANSWERING SERVICE, INC.,
ANNA NOTTNAGEL, RAY NOTTNAGEL,
STACEY NOTTNAGEL, STEPHANIE UECKER,
BRET UECKER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELK GROVE ANSWERING SERVICE, INC.; ANNA NOTTNAGEL; RAY NOTTNAGEL; STACEY NOTTNAGEL; STEPHANIE UECKER; BRET UECKER,<br><br>Plaintiffs,<br><br>v.<br><br>KYMBER HOGGATT; CHARLES SCHINDLER; KELLI CLIFFORD; ELIZABETH SUTTER; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 2:10-CV-01759-MCE-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR FILING OF JOINT STATUS REPORT** |

Pursuant to Local Rule 143, Plaintiffs ELK GROVE ANSWERING SERVICE, INC., ANNA NOTTNAGEL, RAY NOTTNAGEL, STACEY NOTTNAGEL, STEPHANIE UECKER, BRET UECKER, and Defendants KELLI CLIFFORD, by and through their respective attorneys of record, Kelley S. Kern and Gary Campi, stipulate as follows:

1. The Court's July 8, 2010, *Order Requiring Joint Status Report* sets the filing date for the parties' Joint Status Report at 60 days after service of the Complaint. Such date was September 10th.

///

///

2. Defendants filed a *Motion to Dismiss Complaint and All Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6), Or For a More Definite Statement* which was set to be heard by the Court on October 28, 2010.

3. By Stipulation and Order, the Parties agreed to continue the filing deadline of the Joint Status Report to November 12, 2010, to await the ruling on Defendants' Motion to Dismiss.

4. On October 25, 2010, the Court vacated the hearing on Defendants' Motion to Dismiss.

5. The parties stipulated, and the Court Ordered, to postpone the filing of a *Joint Status Report* until fourteen calendar days after the Court issues its ruling on Defendants' Motion. The Court issued its ruling on November 15, 2010, making the Joint Status Report due on November 29, 2010.

6. In meeting and conferring regarding case deadlines in preparation of the Joint Status Report, the parties have had discussions regarding the pending criminal investigation of the Defendants for the conduct alleged in the Complaint.  In light of the criminal investigation, the Parties are meeting and conferring over whether this matter should be stayed pending resolution of the investigation and possible prosecution, as Defendants would elect to preserve their 5th amendment right not to incriminate themselves, and thus, Plaintiffs' discovery would be non-meaningful**.** Until this issue is resolved, the Parties are unable to decide upon case deadlines.

7. In order to allow the Parties additional time to meet and confer regarding possible staying of this case pending the criminal investigation and possible prosecution, the Parties hereby stipulate to postpone the filing of a *Joint Status Report* until December 22, 2010. The Parties do not anticipate the need to request an additional extension of time for the Joint Status Report beyond December 22, 2010.

/ / /

/ / /

/ / /

/ / /

1 | IT IS SO STIPULATED effective as of November 24, 2010.

BASHAM LAW GROUP

Dated:  November 10, 2010      _/s/ Kelley S. Kern_____
                                            Kelley S. Kern,
                                            Attorney for Plaintiffs

LAW OFFICE OF GARY A. CAMPI

Dated:  November 10, 2010      _/s/ Gary R. Campi_____
                                            Gary A. Campi
                                            Attorney for Defendant
                                            KELLI CLIFFORD

### **ORDER**

      Having reviewed the Stipulation of the parties, and good cause appearing:

      IT IS HEREBY ORDERED THAT the Parties will file a Joint Status Report no later than December 22, 2010, pursuant to the parties' Stipulation.

      IT IS SO ORDERED.

DATED: November 29, 2010

                                            _____
                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE