1  GARY R. BASHAM (SBN 130119)
   KELLEY S. KERN (SBN 221265)
2  BASHAM LAW GROUP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone:  (916) 993-4840
4  Facsimile:  (916) 993-4849

5  Attorneys for Plaintiffs
   ELK GROVE ANSWERING SERVICE, INC.,
6  ANNA NOTTNAGEL, RAY NOTTNAGEL,
   STACEY NOTTNAGEL, STEPHANIE UECKER,
7  BRET UECKER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELK GROVE ANSWERING SERVICE, INC.; ANNA NOTTNAGEL; RAY NOTTNAGEL; STACEY NOTTNAGEL; STEPHANIE UECKER; BRET UECKER,<br><br>        Plaintiffs,<br><br>   v.<br><br>KYMBER HOGGATT; CHARLES SCHINDLER; KELLI CLIFFORD; ELIZABETH SUTTER; and DOES 1 through 10, inclusive.<br><br>        Defendants. | Case No. 2:10-CV-01759-MCE-GGH<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to a Settlement Agreement and Release between Plaintiffs ELK GROVE ANSWERING SERVICE, INC., ANNA NOTTNAGEL, RAY NOTTNAGEL, STACEY NOTTNAGEL, STEPHANIE UECKER, BRET UECKER ("Plaintiffs), and Defendant KELLI CLIFFORD, and pursuant to F.R.C.P 41(a)(1)(A)(ii), the Parties hereby request that the action be dismissed with prejudice as to Defendant KELLI CLIFFORD.  The case continues against Defendant ELIZABETH SUTTER.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: January 3, 2011                          BASHAM LAW GROUP

                                                By:   /s/ *Kelley S. Kern*
                                                    Gary R. Basham
                                                    Kelley S. Kern

                                                    Attorneys for Plaintiffs
                                                    ELK GROVE ANSWERING SERVICE, INC., ANNA NOTTNAGEL, RAY NOTTNAGEL, STACEY NOTTNAGEL, STEPHANIE UECKER, BRET UECKER


                                                LAW OFFICE OF GARY A. CAMPI

Dated:  January 3, 2011                         By: */s/ Gary A. Campi*
                                                    Gary A. Campi
                                                    Attorney for Defendant
                                                    KELLI CLIFFORD

### **ORDER**

IT IS HEREBY ORDERED that the Complaint of Plaintiff, USDC Case No. 2:10-CV-01759-MCE-GGH is dismissed with prejudice as to Defendant KELLI CLIFFORD.  The matter continues as to Defendant ELIZABETH SUTTER.

IT IS SO ORDERED.

DATED: January 13, 2011

                                                _____
                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE