1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  ELK GROVE ANSWERING SERVICE,         No. 2:10-cv-01759-MCE-GGH
    INC.; ANNA NOTTNAGEL; RAY
12  NOTTNAGEL; STACEY NOTTNAGEL;
    STEPHANIE UECKER; BRET
13  UECKER,

14          Plaintiffs,

15      v.                              **ORDER OF DISMISSAL**

16  KYMBER HOGGATT; CHARLES
    SCHINDLER; KELLI CLIFFORD;
17  ELIZABETH SUTTER; and DOES
    1 through 10, inclusive,
18
            Defendants.
19

20                          ----oo0oo----

21

22      On February 1, 2011, Plaintiffs filed a document entitled

23  Stipulation of Dismissal and [Proposed] Order (ECF No. 43) asking

24  that the Court dismiss the sole remaining Defendant in this

25  matter, Elizabeth Sutter, so that this case can be closed.

26  ///

27  ///

28  ///

1

According to the Declaration of Kelley S. Kern filed in support of that request, Plaintiffs' counsel made repeated attempts (both by telephone and email) to contact Defendant Sutter, who represented herself in this matter in pro se, requesting that she stipulate to her dismissal.  According to Ms. Kern, she was unable to get any response.  Consequently, Ms. Kern asked that the Court dismiss the case, without prejudice, as against Ms. Sutter despite her failure to sign off on the stipulation.

Then, on February 3, 2011, the Court received an additional Stipulation and Proposed Order that had been signed by Ms. Sutter after attempts to contact her finally proved successful.  The case is consequently dismissed without prejudice as to Defendant Elizabeth Sutter.  In addition, since the Court can now close this matter in its entirety given the fully executed Stipulation, the Order to Show Cause hearing scheduled for February 10, 2011 is hereby vacated.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: February 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE